IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JONES,<br><br>           Plaintiff,<br><br>  v.<br><br>WARDEN HEDGPETH, et al.,<br><br>           Defendants. | No. C 13-1526 LHK (PR)<br><br>ORDER *SUA SPONTE* GRANTING EXTENSION OF TIME TO FILE OPPOSITION |

Plaintiff, proceeding *pro se*, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983.  On May 2, 2013, the court issued an order of service.  (Docket No. 15.)  On July 31, 2013, defendants filed a motion to dismiss.  (Docket No. 30.)  Plaintiff's opposition was due August 28, 2013.  On September 5, 2013, plaintiff filed a letter informing the court that he has been transferred to another institution and does not have access to his legal work.  (Docket No. 40.)

In the interest of justice, the court *sua sponte* **GRANTS** an extension of time in which plaintiff may file an opposition.  Plaintiff's opposition shall be due **no later than twenty-eight (28) days** from the date this order is filed.

IT IS SO ORDERED.

DATED:  10/8/13

LUCY H. KOH
United States District Judge

Order *Sua Sponte* Granting Ext. of Time to File Opp.
G:\PRO-SE\LHK\CR.13\Jones526eot-opp.wpd